## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **WEI HUA YE** | **CIVIL ACTION NO. 6:17-CV-782** |
|     A038-144-956 | |
| VS. | **SECTION P** |
| | **DISTRICT JUDGE** |
| **JEFFERSON B. SESSIONS, III, ET AL** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION

Before the Court is a petition for writ of habeas corpus (28 U.S.C. § 2241) filed by pro se Petitioner Wei Hua Ye. At the time of filing on June 15, 2017, Petitioner was an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"). He was detained at the Pine Prairie Correctional Center in Pine Prairie, Louisiana. Petitioner challenged his continued detention pending removal.

This Court has been notified by the United States Attorney's Office that the Petitioner has been released on an order of supervision. The release from custody renders Ye's Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition. See *Goldin v. Bartholow*, 166 F.3d 710, 717 (5th Cir. 1999) ("[A] moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.").

For the foregoing reasons, **IT IS RECOMMENDED** that Ye's habeas petition be **DISMISSED AS MOOT**.

**Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the**

magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, this 4th day of January, 2018.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE