UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| WEI HUA YE<br>A038-144-956 | CIVIL ACTION NO. 6:17-CV-782<br>SECTION P |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| JEFFERSON B. SESSIONS, III, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Ye's Petition for Writ of *Habeas Corpus* be **DENIED AND DISMISSED AS MOOT**.

**MONROE, LOUISIANA,** this 29th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE